UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota,                                       Civil No. 18-505 (DWF/SER)

          Plaintiff,

v.                                                                       **ORDER ADOPTING REPORT
                                                                         AND RECOMMENDATION**

Dominic Junior Barry,

          Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated May 25, 2018. (Doc. No. 5.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Steven E. Rau's May 25, 2018 Report and Recommendation (Doc. No. [5]) is **ADOPTED**.

2. Barry's application for leave to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

3. Barry's "Notice of Removal" (Doc. No. [1]) is **VACATED**.

4.       This action is **REMANDED** to the State District Court for Hennepin County, Minnesota.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 21, 2018          <u>s/Donovan W. Frank</u>
                                  DONOVAN W. FRANK
                                  United States District Judge